1

2          UNITED STATES DISTRICT COURT

3          FOR THE EASTERN DISTRICT OF CALIFORNIA

4

5   WESLEY ELVIS PEDEN,                     No.  2:18-cv-2681-JAM-EFB PS

6                   Plaintiff,

7         v.                                ORDER

8   MARCIA ROGERS, et al.,

9                   Defendants.

10

11         On August 10, 2020, the magistrate judge filed findings and recommendations herein

12   which were served on the parties and which contained notice that any objections to the findings

13   and recommendations were to be filed within fourteen days.  No objections were filed.

14         The court has reviewed the applicable legal standards and, good cause appearing,

15   concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

16         Accordingly, IT IS ORDERED that:

17         1.  The proposed Findings and Recommendations filed August 10, 2020, are ADOPTED;

18             and

19         2.  This action is DISMISSED without prejudice for failure to state a claim as set forth in

20             the July 6, 2020 order.  ECF No. 5.

21

22   DATED:  August 31, 2020

23                                        /s/ John A. Mendez

                                          UNITED STATES DISTRICT COURT JUDGE

24

25

26

27

28